IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) |
| *Plaintiff,* | ) ) ) ) Case No. 1-20-cv-20370-KMM |
| v. | ) ) |
| FOR LIFE PRODUCTS, LLC, | ) ) |
| *Defendant.* | ) ) ) |

## JOINT NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FOR LIFE PRODUCTS, LLC

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby provide notice that Plaintiff Symbology Innovations, LLC dismisses WITHOUT prejudice all claims by Plaintiff Symbology Innovations, LLC against Defendant For Life Products, LLC. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: April 21, 2020

BASS, BERRY & SIMS PLC
Terry L. Clark
Attorneys for the Defendant
1201 Pennsylvania Avenue NW
Suite 300
Washington, DC 20004
Telephone: 202-827-2951
Facsimile: 434-226-2444
tclark@bassberry.com


By: */s/ Terry L. Clark*
Terry Clark

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA
Attorneys for the Plaintiff
4940 Munson Street, NW Suite 1100
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
Howard.Wernow@sswip.com



BY: */s Howard L. Wernow*
Howard L. Wernow, B.C.S.
Attorney Registration No. 107560

**BUDO LAW, P.C.**
Kirk J. Anderson
(Pro Hac Vice forthcoming)
Attorneys for Plaintiff
5610 Ward Rd, Suite #300
Arvada, CO 80002
Telephone: 720-225-9440
Facsimile: 720-225-9331

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail on this 21st day of April 2020, on all counsel of record, including the following:

**BASS, BERRY & SIMS PLC**
Terry L. Clark
R. Gregory Parker
1201 Pennsylvania Avenue NW
Suite 300
Washington, DC 20004
Telephone: 202-827-2951
Facsimile: 434-226-2444
tclark@bassberry.com
gparker@bassberry.com

*/s/ Howard L. Wernow*
Howard L. Wernow
